AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

TERRANCE GYPSON

*Plaintiff(s)*

v.

CITY OF LEXINGTON; ROBERT BOYD, in his individual capacity; AND AARON AGEE, in his individual capacity

*Defendant(s)*

Civil Action No. 3:26-cv-00923-CWR-LGI

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Officer Aaron Agee
Lexington Police Department
207 Tchula St
Lexington, MS 39095

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher C. Graves, MS Bar No. 101273
111 East Capitol Street, Ste. 280
Jackson, MS 39201
(425) 923-0272
christopher.graves@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 10/21/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

TERRANCE GYPSON

*Plaintiff(s)*

v.

CITY OF LEXINGTON; ROBERT BOYD, in his individual capacity; AND AARON AGEE, in his individual capacity

*Defendant(s)*

Civil Action No. 3:26-cv-00923-CWR-LGI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Lexington
112 Spring Street
Lexington, MS 39095

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher C. Graves, MS Bar No. 101273
111 East Capitol Street, Ste. 280
Jackson, MS 39201
(425) 923-0272
christopher.graves@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 10/21/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| TERRANCE GYPSON | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:26-cv-000923-CWR-LGI |
| CITY OF LEXINGTON; ROBERT BOYD, in his individual capacity; AND AARON AGEE, in his individual capacity | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Officer Robert Boyd
Lexington Police Department
207 Tchula St
Lexington, MS 39095

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher C. Graves, MS Bar No. 101273
111 East Capitol Street, Ste. 280
Jackson, MS 39201
(425) 923-0272
christopher.graves@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 10/21/2026

*Signature of Clerk or Deputy Clerk*