**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**NORTHERN DIVISION**

TERRANCE GYPSON,

*Plaintiff,*

v.

CITY OF LEXINGTON, ROBERT BOYD, in his individual capacity, and AARON AGEE, in his individual capacity.

*Defendants*.

Civil Action No. 3:26-cv-00923-CWR-LGI

**NOTICE OF ATTORNEY APPEARANCE**

The undersigned, Joshua Tom, hereby enters his appearance as counsel of record for Plaintiff Terrance Gypson.

Dated: November 13, 2026

Respectfully submitted,

/s/Joshua Tom

Joshua F. Tom, MS Bar No. 105392
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225
T: 601.354.3408
jtom@aclu-ms.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing Notice of Attorney Appearance was served via electronic mail by the court's ECF system on November 13, 2026, to all counsel of record in this matter.

/s/Joshua Tom
Joshua F. Tom, MS Bar No. 105392
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225
T: 601.354.3408
jtom@aclu-ms.org