**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

TERRANCE GYPSON,

*Plaintiff*,

v.

CITY OF LEXINGTON, ROBERT BOYD, in his individual capacity, and AARON AGEE, in his individual capacity.

*Defendants*.

Civil Action No. 3:26-cv-00923-CWR-LGI

Jury Trial Demanded

**NOTICE OF APPEARANCE**

Please take notice that Andrea Alajbegovic, with the Southern Poverty Law Center, hereby enters an appearance as counsel for Terrance Gypson ("Plaintiff") in the above-styled action.

Respectfully submitted this 16th day of November 2026.

*/s/ Andrea Alajbegovic*

SOUTHERN POVERTY LAW CENTER
Andrea Alajbegovic, MS Bar. No. 106442
111 East Capitol Street, Ste. 280
Jackson, MS 39201
(601) 265-8309
andrea.alajbegovic@splcenter.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification and a copy of such filing to all attorneys of record registered to receive electronic notices in this matter.

Date: November 16, 2026

*/s/ Andrea Alajbegovic*

SOUTHERN POVERTY LAW CENTER
Andrea Alajbegovic, MS Bar. No. 106442
111 East Capitol Street, Ste. 280
Jackson, MS 39201
(601) 265-8309
andrea.alajbegovic@splcenter.org

*One of the Attorneys for Terrance Gypson*